438 A.2d 647

Mercury Motor Express v. Cont. Food Systems, Appellant.

Argued November 13, 1980. Louis C. LaLumere, for appellant; James L. Weisman, for appellee.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.